# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  4:04 CR 245-47** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Judge Peter C. Economus** |
| | ) | |
| **LARRY MAYFIELD,** | ) | |
| | ) | |
| **Defendant.** | ) | **ORDER** |

On November 16, 2005, the Court sentenced the Defendant to 5 months imprisonment, followed by 3 years supervised release, for conspiracy to possess with intent to distribute heroin, a Class C felony.  His supervised release commenced on April 4, 2006.

On or about April 3, 2008, the Defendant's probation officer submitted to the Court a Violation Report alleging two violations of the terms of the Defendant's supervised release:

> 1). On January 2, 2008, the offender's supervised release was revoked following a violation hearing. He was ordered to serve three months custody in the Bureau of Prisons. Upon his release, supervised release was to continue with the offender spending six months in a Community Confinement Center (CCC). The offender was released from FCI-Morgantown April 1, 2008, and was to report to the CCC (CCA) that date. This officer communicated same to the offender's case manager at FCI-Morgantown prior to the offender's release who advised he and the offender were well aware of the offender's report date to the CCC. The case manager indicated the offender was not happy about having to go to the CCC.

> 2). The offender was released as scheduled from the Bureau of Prisons; however, he has failed to report to the CCC as ordered. As of this writing, it is almost a full 24 hours since the offender arrived back in Youngstown. His bus arrived in Youngstown at 3:40 PM April 1, 2008. The offender has failed to contact this officer or report to the CCC. He is therefore whereabouts unknown.

On April 4, 2008, the Court referred the matter to United States Magistrate Judge George J.

Limbert to conduct the appropriate proceedings, except for sentencing, and issue Report and Recommendation stating the Magistrate Judge's findings.  In the Report and Recommendation the Magistrate Judge recommended that the Court find the Defendant in violation of the terms of his supervised release.  Neither party objected to the Report and Recommendation in the ten days after it was issued. The Magistrate Judge's Report and Recommendation is hereby **ADOPTED**.

The parties shall appear before the Court on July 11, 2008 at 1:30 p.m. for sentencing in this matter.

**IT IS SO ORDERED**.

 **/s/ Peter C. Economus – June 30, 2008**
 **PETER C. ECONOMUS**
 **UNITED STATES DISTRICT JUDGE**